COBB *v.* MONTGOMERY.

4-5801

Per Curiam opinion delivered May 6, 1940.

PER CURIAM

In this case, upon the authority of the opinion handed down this day in the case of *Sanderson* v. *Walls, et al.*, the opinion delivered February 26, 1940, will be set aside and vacated, as will also the order of the Court reversing and remanding that cause, and it is now ordered that the decree in this case of *Cobb* v. *Montgomery* be affirmed.